IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 06-cv-02135-REB-BNB

DONN BOHL,

Plaintiff,

v.

PROGRESSIVE MOUNTAIN INSURANCE COMPANY, an Ohio corporation a/k/a Progressive Insurance Company,

Defendant.
_____

**ORDER**
_____

This matter is before me on the plaintiff's **Motion for Leave to File Plaintiff's Amended Complaint, Pursuant to F.R.C.P. 15** [Doc. # 8, filed 12/12/2006] (the "Motion"). I held a hearing on the Motion this morning and made rulings on the record, which are incorporated here. In summary and for the reasons stated on the record:

IT IS ORDERED that the Motion is GRANTED. The Clerk of the Court is directed to accept for filing the *Plaintiff's Amended Complaint* [Doc. # 8-3].

IT IS FURTHER ORDERED that the defendant shall answer or otherwise respond to the amended complaint on or before **January 30, 2007**.

Dated January 16, 2007.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge