**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 06-cv-02135-REB-BNB

DONN BOHL,

    Plaintiff,

v.

PROGRESSIVE MOUNTAIN INSURANCE COMPANY, a/k/a PROGRESSIVE INSURANCE COMPANY, an Ohio corporation,

    Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter comes before the court on the **Stipulation for Dismissal With Prejudice** [#30], filed April 17, 2007. After careful review of the stipulation and the file, the court has concluded that the stipulation should be approved and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulation for Dismissal With Prejudice** [#30], filed April 17, 2007, is **APPROVED**;

2. That this action **IS DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs;

3. That the Trial Preparation Conference set for March 14, 2008, is **VACATED**; and

2

    4.  That the jury trial set to commence March 31, 2008, is **VACATED**.

Dated April 17, 2007, at Denver, Colorado.

                                              **BY THE COURT:**

                                              **s/ Robert E. Blackburn**
                                              **Robert E. Blackburn**
                                              **United States District Judge**